# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AMY E. TROMBLEY, a/k/a AMY E. ATKINSON, an individual,** | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | }  Case No.:  **2:08-CV-1616-RDP**<br>} |
| **PATRICIA L. DEARING, LLC, a law firm,** | }<br>}<br>} |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. #7) filed by the parties herein on November 4, 2008, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  Costs are taxed as paid.

**DONE** and **ORDERED** this    5th     day of November, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE